### SUSAN B. ADAMS *v.* DANIEL A. ADAMS (11741)

LAVERY, FREEDMAN and CRETELLA, Js.

Argued September 21—decision released October 12, 1993

*A. A. Washton,* for the appellant (plaintiff).

*Raymond L. Baribault, Jr.,* with whom was *Drzislav Coric,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.